IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

MATTHEW LYNN LINDSEY §

VS. § CIVIL ACTION NO. 4:06CV-80

§

RICHARDSON POLICE DEPARTMENT,
MARISA C. MARTINEZ §

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to the United States Magistrate Judge who issued a Report and Recommendation concluding that this civil rights complaint should be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(d) and for failure to state a claim pursuant to Fed. R. Civ. P. 41(b); Rule 41 Local Rules for the Eastern District of Texas. The Plaintiff did not file any objections to the Report. The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Complaint is **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. 1915(d) and for failure to state a claim. All motions by either party not previously ruled on are hereby **DENIED**.

SIGNED this 4th day of April, 2006.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE